Argued February 23, affirmed March 27, 1978

In the Matter of the Marriage of
SAMS, *Respondent,*
*and*
SAMS, *Appellant.*
(No. D-9650, CA 9314)
576 P2d 385

Larry D. Moomaw, Beaverton, argued the cause for appellant. With him on the brief was Blyth, Porcelli & Moomaw, Beaverton.

Bernard B. Brink, Hillsboro, argued the cause for respondent. With him on the brief was Brink, Moore, Brink & Peterson, Hillsboro.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. No costs to either party. *Starin and Starin,* 29 Or App 557, 564 P2d 748, *rev den* 279 Or 191 (1977); *Sarty v. Forney,* 12 Or App 251, 506 P2d 535 (1973).